599 F.Supp. 818 (1984)
UNITED STATES of America, Plaintiff,
v.
ONE 1976 FORD F-150 PICK-UP VIN F14YUB03797, Defendant.
No. S82-200C(D).
United States District Court, E.D. Missouri, Southeastern Division.
December 19, 1984.
Joseph B. Moore, Asst. U.S. Atty., St. Louis, Mo., for plaintiff.
Ronald Kaden, Shaw, Howlett & Schwartz, Clayton, Mo., for defendant.

MEMORANDUM
WANGELIN, District Judge.
This matter is before the Court for a decision following a trial on the merits. This Court's jurisdiction is invoked pursuant to Title 28 U.S.C. § 1355 and Title 21 U.S.C. § 881. In accordance with Rule 52 of the Federal Rules of Civil Procedure, this Court hereby makes the following Findings of Fact and Conclusions of Law. Any Finding of Fact equally applicable as a Conclusion of Law is adopted as such and, conversely, any Conclusion of Law equally applicable as a Finding of Fact is adopted as such.
 1. The defendant herein is a truck,
 The vehicle type is a pick-up,
 Alleged by a fed
 To be found in a bed
 Of marijuana, caught in the muck.
 2. On August 16, '82,
 In Perry County, Missouri, who
 Should appear
 But claimant Hudson with gear
 As a one-man pot-tending crew.
 3. Claimant drove defendant that day
 With tools to care for his
 Illegal hay.
 He was observed by the fed
 Placing metal by a shed
 Where other tools of his trade would
 stay.
 4. The claimant's arrest was then made,
 Tis illegal, after all, his trade,
 And defendant was seized
 With comparative ease
 By the government, with which it has
 stayed.
 5. Claimant now wants his truck back
 And he bases his legal attack
 On the grounds that defendant
 Though found in pot fields resplendent
 Was not used as an illegal hack.
 6. While tis true that not one plant or
 seed
 Could be found on defendant, indeed,
 Claimant's argument is tissue
 For the dispositive issue
 Is did defendant facilitate the deed?
 7. In the U.S. versus One Cadillac,[1]
 The Second Circuit addressed this attack,
 And those judges renowned
 Eventually found,
 Claimant's assertion misread law and
 fact.
 8. They gave "facilitate" a wide definition,
 These jurists of great erudition,
 They found that seizure was proper,
 Now here's the heart-stopper,
*819 If the truck in any manner facilitates
 the illegal condition.
 9. In Cadillac, as in the case at bar,
 Defendant just transported men near
 and far,
 But this was sufficient
 To make claimant's trade more efficient
 And therefore justified seizing the car.
 10. Thus the Cadillac case this Court
 will follow,
 Renders claimant's contention hard to
 swallow,
 And the Court will now render
 Judgment against the defender
 Because claimant's contentions are hollow.
 11. Now the moral in this case 'bout the
 truck,
 Is easy, in case you are stuck,
 If in an illegal endeavor
 A vehicle is used whatsoever,
 Then, my friend, you are clear out of
 luck.

JUDGMENT
IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff shall have judgment against defendant on plaintiff's complaint.
NOTES
[1] United States v. One 1974 Cadillac Eldorado Sedan, 548 F.2d 421 (2nd Cir.1977).